UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-9892 SVW (VBKx) | Date | May 3, 2011 |
|---|---|---|---|
| Title | Cliff Ohler, et al. v. City of Fontana, et al. | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings:**   IN CHAMBERS ORDER Denying Motion to Dismiss [11]

As discussed at a Hearing before the Court on May 2, 2011, the Motion to Dismiss is DENIED. The Court bifurcates and stays Plaintiff's *Monell* and State law claims. Only the § 1983 claims as to the individual Defendants will proceed at this time, with discovery limited to only those claims.

The Court notes that although this case resembles a traditional employment discrimination case that would follow the McDonald Douglas framework, a different analysis is required in any future motions. Since First Amendment Retaliation under § 1983 is alleged, the parties should follow the appropriate framework put forth in Posey v. Lake Pend Oreille School Dist. No. 84, 546 F.3d 1121, 1126 (9th Cir. 2008).

Initials of Preparer   PMC