1  HOWARD B. GOLDS, Bar No. 112626
   howard.golds@bbklaw.com
2  CYNTHIA M. GERMANO, Bar No. 151360
   cynthia.germano@bbklaw.com
3  BEST BEST & KRIEGER LLP
   3750 University Avenue, Suite 400
4  P.O. Box 1028
   Riverside, CA 92502
5  Telephone: (951) 686-1450
   Facsimile: (951) 686-3083
6
   Attorneys for Defendants
7

8

9                UNITED STATES DISTRICT COURT

10               CENTRAL DISTRICT OF CALIFORNIA

11

12  CLIFF OHLER and KURT              Case No. CV10-09892 SVW (JCGx)
    SCHLOTTERBECK,
13
            Plaintiff,                [PROPOSED] JUDGMENT
14
        v.
15
    CITY OF FONTANA, a municipal
16  corporation, CITY OF FONTANA
    POLICE DEPARTMENT, an
17  operating department thereof, ROD
    JONES, individually and as Chief of
18  Police; KEN HUNT, individually
    and as a City Manager; NATE
19  HARLEY, individually and as a
    Captain; DAVID FAULKNER,
20  individually and as a Captain;
    WILLIAM MEGENNEY,
21  individually and as a Lieutenant;
    ORBELIO RODRIGUEZ,
22  individually and as a Lieutenant; and
    DOES 1 THROUGH 10,
23
            Defendant.
24

25

26

27

28

16498.00073\6960067.1                                    JUDGMENT

# JUDGMENT

On September 14, 2011 the Court issued an Order granting the Motion for Partial Summary Judgment filed by defendants Rod Jones, Ken Hunt, Nate Harley, David Faulkner, William Megenney and Orbelio Rodriguez as to the first claim for relief in the First Amended Complaint of plaintiffs Cliff Ohler and Kurt Schlotterbeck (collectively, "Plaintiffs"), lifting the previously issued stay on Plaintiffs' claims against defendant City of Fontana ("Fontana") and granting Fontana's Motion to Dismiss the first claim for relief in Plaintiffs' First Amended Complaint, and dismissing, without prejudice, the second claim for relief in Plaintiffs' First Amended Complaint. In accordance with the Order,

IT IS ADJUDGED THAT

1. Judgment in the above-captioned matter be, and hereby is, entered in favor of defendants City of Fontana, City of Fontana Police Department, Rod Jones, Ken Hunt, Nate Harley, David Faulkner, William Megenney and Orbelio Rodriguez ("Defendants") and that plaintiffs Cliff Ohler and Kurt Schlotterbeck shall take nothing by way of their First Amended Complaint.

2. Defendants shall recover their costs of suit herein.

Dated: 11/17/11 _____
UNITED STATES DISTRICT COURT JUDGE