1  HOWARD B. GOLDS, Bar No. 112626
   howard.golds@bbklaw.com
2  CYNTHIA M. GERMANO, Bar No. 151360
   cynthia.germano@bbklaw.com
3  LOWELL M. ZETA, Bar No. 258244
   lowell.zeta@bbklaw.com
4  BEST BEST & KRIEGER LLP
   3750 University Avenue, Suite 400
5  P.O. Box 1028
   Riverside, CA  92502
6  Telephone: (951) 686-1450
   Facsimile: (951) 686-3083
7
   Attorneys for Defendants
8

9             UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11

12 | CLIFF OHLER and KURT SCHLOTTERBECK, | Case No.  CV10-09892 SVW (JCGx)
13 |                                    |
14 |     Plaintiff,                     | REQUEST AND ORDER FOR APPOINTMENT OF PROCESS SERVER BY DEFENDANT AND JUDGMENT CREDITOR CITY OF FONTANA
15 |     v.                             |
16 | CITY OF FONTANA, a municipal corporation, CITY OF FONTANA POLICE DEPARTMENT, an operating department thereof, ROD JONES, individually and as Chief of Police; KEN HUNT, individually and as a City Manager; NATE HARLEY, individually and as a Captain; DAVID FAULKNER, individually and as a Captain; WILLIAM MEGENNEY, individually and as a Lieutenant; ORBELIO RODRIGUEZ, individually and as a Lieutenant; and DOES 1 THROUGH 10, | Judgment for Costs:  November 22, 2011
17 |                                    |
18 |                                    |
19 |                                    |
20 |                                    |
21 |                                    |
22 |                                    |
23 |     Defendant.                     |

16498.20073\7353430.1

REQUEST FOR APPOINTMENT OF PROCESS SERVER

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Code of Civil Procedure 699.080 and U.S. Central District of California Post Judgment Procedures, Defendant City of Fontana ("City") hereby requests the appointment of the Court of the following process server, natural persons of lawful age, to serve and levy the Writ of Execution and serve the Application for Earnings Withholding Order on the below-identified parties:

> Daurene Blomdahl
> Blomdahl Attorney Services
> 5370 Nottingham Road
> Riverside, CA 92506
> (951) 275-0264

The appointed process server's authority is limited as prescribed by Code of Civil Procedure section 699.080. The appointed process server shall comply with all obligations under Code of Civil Procedure sections 706.010 through 706.154.

SERVE:
Cliff Ohler
c/o Michael A. McGill, Esq.
Lackie, Dammeier & McGill APC
367 North Second Avenue
Upland, CA 91786

SERVE:
Kurt Schlotterbeck
c/o Michael A. McGill, Esq.
Lackie, Dammeier & McGill APC
367 North Second Avenue
Upland, CA 91786

SERVE:
City Clerk
City of Fontana
8353 Sierra Avenue
Fontana, CA 92335

16498.20073\7353430.1

REQUEST FOR APPOINTMENT OF PROCESS SERVER

Dated: April_6, 2012                    BEST BEST & KRIEGER LLP


By: /s/ Lowell Zeta
   HOWARD B. GOLDS
   CYNTHIA M. GERMANO
   LOWELL M. ZETA
   Attorneys for Defendant
   City of Fontana


## ORDER

APPOINTED AS REQUESTED AND IT IS HEREBY ORDERED:

Dated: May 2, 2012                      By. _____
                                          JUDGE OF THE UNITED STATES
                                          DISTRICT COURT, CENTRAL DISTRICT
                                          OR CLERK OF THE COURT

16498.20073\7353430.1                   - 2 -